IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHERRY LEDBETTER,

        Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No. CV 07-721-PK

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed March 13, 2008 (#14) adopting the Magistrate Judge's Findings and Recommendations (#12),

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    DATED this  13th   day of March, 2008.

                                            /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            United States District Judge

PAGE 1 - JUDGMENT